UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HORACIO GUIBELALDE and<br>MARTA MABEL FOLGADO<br><br>                              Plaintiffs,<br><br>            -against-<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                              Defendant. | 11 CV 4908  (TPG)<br><br>**DECLARATION OF HORACIO GUIBELALDE**<br><br>**IN SUPPORT OF MOTION FOR SUMMARY JUDGEMENT** |

I, HORACIO GUIBELALDE, hereby solemnly declare:

1.      I and my wife MARTA MABEL FOLGADO are the plaintiffs in this action.

2.      I and my wife still own the bonds referred to in the complaint as being owned by us.

3.      Attached hereto as Exhibit A is a true copy of my recent bank statement confirming my continued ownership of these bonds.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 27th, 2015
Buenos Aires, Argentina

HORACIO GUIBELALDE

# EXHIBIT A

Página 1 de 1

Banco Galicia - Home Banking

GUIBELALDE HORACIO

26/03/2015 12:17:19

Consultas   Detalle Tenencia de Bonos y Acciones

**Detalle Tenencia de Bonos y Acciones**

Movimientos       Órdenes de C/V       Pendientes

TENENCIA DE BONOS Y ACCIONES

| Cuenta Comitente | Código Especie | Ubicación (*) | Especie Disponible | Cotización | Saldo Disp. Valorizado (**) | Saldos a Futuro |
|---|---|---|---|---|---|---|
| BONOS (7505- EX 16) 552-400089 | 48179 | 013 | 115.000,00 | $ 0,000100 | $ 11,50 | Detalle |

**(*) DETALLE DE UBICACIONES DE CUSTODIA**

| | | |
|---|---|---|
| 001 | CUST.3ROS.C.V. | CUSTODIA TERCEROS C.V. |
| 002 | FSCOS.3ROS N/COT | FISICOS 3ROS NO COTIZAN EN BOL |
| 003 | CAUCION C.VALORE | CAUCION CAJA DE VALORES |
| 004 | EMBARGO | EMBARGO CAJA DE VALORES |
| 005 | C.VAL CARTERA | CAJA DE VALORES-CARTERA |
| 006 | FISICO CARTERA | FISICO CARTERA |
| 007 | COM/VEN.TRANSIT. | COM/VEN.TRANSITORIA P.B. |

**(**) Saldo Valorizado:** Calculado con el último valor de cierre conocido. Los montos expuestos están calculados en base a cotizaciones de mercado y/o cotizaciones de referencia de Banco de Galicia y Bs. As. Las tenencias en dólares figuran en pesos calculadas en base a cotizaciones de mercado de la Bolsa de Comercio y/o cotizaciones de referencia del BGBA. Dichas cotizaciones no implican compromiso alguno de compra o venta de valores. En los casos de especies que no cuenten con cotización, las mismas no están incluidas en la valuación total de la cartera de inversión.

Salvo Error u Omisión (S.E.U.O.)