UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HORACIO GUIBELALDE, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　-against-<br><br>THE REPUBLIC OF ARGENTINA,<br><br>　　　　　　　　Defendant. | 1:11-cv-04908 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

　　This action was commenced in 2011 and, as stated in Plaintiffs' status report (ECF No. 72), it has now been over six years since the initial settlement in this action was signed. IT IS HEREBY ORDERED that the parties shall file on ECF a joint status report no later than January 4, 2023, and make efforts to reach an expeditious resolution of this action.

Dated:　October 6, 2022
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　_Jennifer Rochon_____
　　　　　　　　　　　　　　　　　　　　JENNIFER L. ROCHON
　　　　　　　　　　　　　　　　　　　　United States District Judge